UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. PETER LAWTON, Plaintiff<br><br>v.<br><br>TAKEDA PHARMACEUTIAL COMPANY, LTD. ET AL., Defendants. | C.A. No. 1:12-10797-MLW |

ORDER

WOLF, D.J.                                          March 9, 2016

For the reasons stated in court on March 8, 2016, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss Second Amended Complaint (Docket No. 60) is ALLOWED.

2. The Late-Added Defendants' Motion to Dismiss (Docket No. 52) is MOOT.

　　　　　　　　　　　　　　　　　　　／s／ Mark L. Wolf
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE